IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:02CV193

| | |
|---|---|
| BEAR CREEK MINERALS, LLC, <br> SANDRA A. FISCHER, IRA, <br> JOHN MAZZACCA, and <br> RON E. PEELE <br><br>     Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> ZEMEX INDUSTRIAL <br> MINERALS, INC. <br><br>     Defendant/Counterclaim Plaintiff. | **ORDER** |

It Is Hereby Ordered, Adjudged and Decreed, pursuant to the stipulations of the parties, that:

(a) Plaintiffs/Counterclaim Defendants Bear Creek Minerals, LLC, Sandra A. Fischer, IRA, John Mazzacca and Ron E. Peele's (collectively, the "Plaintiffs") claims against Defendant/Counterclaim Plaintiff Zemex Industrial Minerals, Inc. ("Defendant") hereby are dismissed with prejudice;

(b) Defendant's counterclaims against Plaintiffs hereby are dismissed with prejudice; and

(c) The parties shall pay their own costs, expenses and attorneys' fees.

IT IS SO ORDERED.

_____

Signed: March 28, 2006

*Graham C. Mullen*
Graham C. Mullen
United States District Judge